JESSE S. KAPLAN   CSB# 103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916) 489-9297 fax

Attorney for Plaintiff
NAIRA RUBENYAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAIRA RUBENYAN, | No.  2:23-cv-294-JGB-RAO |
| Plaintiff, | |
| v. | ORDER APPROVING SETTLEMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT [28 U.S.C. §2412(d)] |
| Kilolo Kijakazi, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**ORDER**

GOOD CAUSE APPEARING from the foregoing stipulation, IT IS ORDERED that defendant pay plaintiff's attorney fees pursuant to the *EAJA* in accordance with this stipulation.

DATED: May 24, 2023

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE